UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DEANGELIS,<br>                    Plaintiff,<br>v.<br><br>T. COBB, *et al.*,<br>                    Defendants.<br>_____/ | Case No.: 21-12722<br><br>Sean F. Cox<br>Chief United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

Plaintiff moved for a temporary restraining order and an injunction against two defendants and nonparties. In a separate report and recommendation, the undersigned recommended that the motion be denied. The undersigned will, however, grant Plaintiff's request in that motion for an extension of time to respond to defendant Austin's motion for summary judgment (ECF No. 45). The current response deadline is November 7, 2022. The Court will extend that deadline to **December 12, 2022**. **Failure to file a response may result in sanctions, including granting all or part of the relief requested by the moving party.**

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as

error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: November 1, 2022

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on November 1, 2022.

s/Kristen MacKay
Case Manager
(810) 341-7850