UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DEANGELIS,

    Plaintiff,

v.                                                          Case No. 21-12722

T. COBB, *et al.*,                        Sean F. Cox
                                                          United States District Court Judge

    Defendants.
_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION (ECF NO. 70)**
**AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

Plaintiff filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, on November 16, 2023. This matter was referred to Magistrate Judge Curtis Ivy, Jr. for all pretrial proceedings. The matter is currently before the Court on the magistrate judge's April 4, 2023 Report and Recommendation, wherein he recommends that the Court dismiss Plaintiff's Complaint with prejudice, under Fed. R. Civ. P. 41(b).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the April 4, 2023 Report and Recommendation and **ORDERS** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

                                                      s/Sean F. Cox
                                                      Sean F. Cox
                                                      United States District Judge

Dated: April 26, 2023